**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Scion Four Music LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-4531238** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **66 Summit Road** <br> **Port Washington, NY 11050** <br> Number, Street, City, State & ZIP Code | **PO Box 254** <br> **Port Washington, NY 11050** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Nassau** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.memorylanemusicgroup.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **Scion Four Music LLC**

Name

Case number (*if known*) _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

___71___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

| Debtor | **Scion Four Music LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | **See Attachment** | Relationship |
| District | | When | Case number, if known |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Scion Four Music LLC** | Case number (*if known*) |
| --- | --- | --- |
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Scion Four Music LLC** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 13, 2022**
MM / DD / YYYY

**X** **/s/ Mark Spier**
Signature of authorized representative of debtor

**Mark Spier**
Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ Howard P. Magaliff**          Date **June 13, 2022**
Signature of attorney for debtor                      MM / DD / YYYY

**Howard P. Magaliff**
Printed name

**Rich Michaelson Magaliff, LLP**
Firm name

**335 Madison Avenue**
**9th Floor**
**New York, NY 10017**
Number, Street, City, State & ZIP Code

Contact phone    **646.453.7851**          Email address    **hmagaliff@r3mlaw.com**

**2079903 NY**
Bar number and State

| Debtor | **Scion Four Music LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter __**11**__

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Larry Spier Music LLC** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | **Eastern District of New York** | When | **6/14/20** | Case number, if known | |
| Debtor | **Memory Lane Music Group LLC** | | | Relationship to you | **Parent Company** |
| District | **Eastern District of New York** | When | **4/25/22** | Case number, if known | **22-70838-ast** |
| Debtor | **Scion Three Music LLC** | | | Relationship to you | **Affiliate Company** |
| District | **Eastern District of New York** | When | **6/14/22** | Case number, if known | **22-71407** |

**Fill in this information to identify the case:**

Debtor name    **Scion Four Music LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 13, 2022**                X /s/ **Mark Spier**
                                                Signature of individual signing on behalf of debtor

                                                **Mark Spier**
                                                Printed name

                                                **CEO**
                                                Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Scion Four Music LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Boston Scally Punk 213 West 35th Street New York, NY 10001** | | **Royalties Due** | | | | $595,485.45 |
| **DeRose Music c/o Songwriters Guild of America PO Box 2083 Brentwood, TN 37024** | | **Royalties Due** | **Disputed** | | | $303,461.53 |
| **Oconut Cords 16530 Ventura Blvd # 305 Encino, CA 91436** | | **Royalties Due** | | | | $151,824.53 |
| **Beaucoup Bucks Music 16530 Ventura Blvd # 305 Encino, CA 91436** | | **Royalties Due** | | | | $73,408.11 |
| **Kudu Music Co. SGA c/o The Songwriters Guild of America PO Box 2083 Nashville, TN 37202** | | **PO Box 23710** | **Disputed** | | | $68,438.08 |
| **Harry Ruby (Busch Charles c/o Songwriters Guild of America PO Box 2083 Brentwood, TN 37024** | | **Royalties Due** | **Disputed** | | | $58,454.45 |
| **Harold Adamson Music c/o Songwriters Guild of America PO Box 2083 Brentwood, TN 37024** | | **Royalties Due** | **Disputed** | | | $35,381.65 |

Debtor **Scion Four Music LLC**
    Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **So Goode Music Sheldon Goode 54 Poe Avenue Newark, NJ 07106** | | **Royalties Due** | | | | **$6,340.21** |
| **Zabogaubhi Music c/o Prager Metis CPAs LLC 41 Penn Plaza 18th Floor New York, NY 10122** | | **Royalties Due** | | | | **$6,276.15** |
| **Boyce Avenue Global 1950 Adelicia Street # 300 Nashville, TN 37212** | | **Royalties Due** | | | | **$5,577.99** |
| **AM Sounds LLC PO Box 261011 Los Angeles, CA 90026** | | **Royalties Due** | | | | **$5,066.48** |
| **Ted Varnick Music Co. c/o Songwriters Guild of America PO Box 2083 Brentwood, TN 37024** | | **Royalties Due** | **Disputed** | | | **$4,323.11** |
| **Music Press 7711 17th Street NW Washington, DC 20012** | | **Royalties Due** | | | | **$4,027.81** |
| **Che' Concepts Cheryline Lim 11323 Houston Street # 7 North Hollywood, CA 91601** | | **Royalties Due** | | | | **$3,392.91** |
| **Curtis J. Peoples Curty P. Music 213 West 35th Street New York, NY 10001** | | **Royalties Due** | | | | **$3,297.71** |
| **All Shall Perish, Inc. 120 Village Square Suite 83 Orinda, CA 94563** | | **Royalties Due** | | | | **$1,946.07** |

| Debtor | **Scion Four Music LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **God Heat Entertainment Marlin Bonds 1746 North Orange Drive Apt. 1104 Los Angeles, CA 90028** | | **Royalties Due** | | | | **$1,863.39** |
| **Tripp Caimbridge Neal Nowak 521 River Avenue South Bend, IN 46601** | | **Royalties Due** | | | | **$1,147.05** |
| **Hollis Brown Compositions 32-11 Crescent Street Astoria, NY 11106** | | **Royalties Due** | | | | **$956.86** |
| **Sausage 69 Music (AMP) 16000 Ventura Blvd Suite 600 Encino, CA 91436** | | **Royalties Due** | | | | **$729.05** |

**Fill in this information to identify the case:**

Debtor name    **Scion Four Music LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

Part 1:    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................................   $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................   $ _____ 115,368.47

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................   $ _____ 115,368.47

Part 2:    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ _____ 0.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................   +$ _____ 1,331,398.59

4.   **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b     $ _____ 1,331,398.59

**Fill in this information to identify the case:**

Debtor name    **Scion Four Music LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$721.08** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First National Band of Long Island** | **Business Checking** | **1389** | **$669.12** |
| 3.2. | **City National Bank** | **Business Checking** | **9573** | **$51.96** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$1,442.16**

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **2 The Death** | **$2,719.76** |

Debtor    **Scion Four Music LLC**                                          Case number *(If known)* _____
            <span style="font-size:smaller">Name</span>

| | | |
|---|---|---|
| 7.2. | **Diamond Krownz Kingdom** | $1,732.48 |
| 7.3. | **Jesse McMullen** | $678.56 |
| 7.4. | **Lee Rock Music** | $110.32 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                      $5,241.12
    Add lines 7 through 8. Copy the total to line 81.

<strong>Part 3:</strong>    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**
    11a. 90 days old or less:   **108,685.19** - **0.00** = ....  $108,685.19
                                <span style="font-size:smaller">face amount</span>         <span style="font-size:smaller">doubtful or uncollectible accounts</span>

12. **Total of Part 3.**                                                                     $108,685.19
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

<strong>Part 4:</strong>    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

<strong>Part 5:</strong>    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

<strong>Part 6:</strong>    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<strong>Part 7:</strong>    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor   **Scion Four Music LLC**                                    Case number *(If known)* _____
         _____
         Name

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 8:</td><td>**Machinery, equipment, and vehicles**</td></tr>
</table>

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 9:</td><td>**Real property**</td></tr>
</table>

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 10:</td><td>**Intangibles and intellectual property**</td></tr>
</table>

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 11:</td><td>**All other assets**</td></tr>
</table>

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Scion Four Music LLC**_____    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,442.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,241.12 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $108,685.19 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $115,368.47 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $115,368.47 |

**Fill in this information to identify the case:**

Debtor name  **Scion Four Music LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property           12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name  **Scion Four Music LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,946.07 |
|---|---|---|---|
| | **All Shall Perish, Inc.**<br>**120 Village Square**<br>**Suite 83**<br>**Orinda, CA 94563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,066.48 |
|---|---|---|---|
| | **AM Sounds LLC**<br>**PO Box 261011**<br>**Los Angeles, CA 90026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73,408.11 |
|---|---|---|---|
| | **Beaucoup Bucks Music**<br>**16530 Ventura Blvd**<br>**# 305**<br>**Encino, CA 91436** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $595,485.45 |
|---|---|---|---|
| | **Boston Scally Punk**<br>**213 West 35th Street**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | Scion Four Music LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | | **$5,577.99**

**Boyce Avenue Global**
1950 Adelicia Street
# 300
Nashville, TN 37212

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | | **$3,392.91**

**Che' Concepts**
**Cheryline Lim**
11323 Houston Street
# 7
North Hollywood, CA 91601

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | | **$3,297.71**

**Curtis J. Peoples**
**Curty P. Music**
213 West 35th Street
New York, NY 10001

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | | **$303,461.53**

**DeRose Music**
**c/o Songwriters**
**Guild of America**
PO Box 2083
Brentwood, TN 37024

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Royalties Due**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | | **$1,863.39**

**God Heat Entertainment**
**Marlin Bonds**
1746 North Orange Drive
Apt. 1104
Los Angeles, CA 90028

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | | **$35,381.65**

**Harold Adamson Music**
**c/o Songwriters**
**Guild of America**
PO Box 2083
Brentwood, TN 37024

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Royalties Due**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Scion Four Music LLC**                                          Case number *(if known)* _____
         _____
         Name

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$58,454.45** |
|---|---|---|---|

**Harry Ruby (Busch Charles**
**c/o Songwriters**
**Guild of America**
**PO Box 2083**
**Brentwood, TN 37024**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$956.86** |
|---|---|---|---|

**Hollis Brown Compositions**
**32-11 Crescent Street**
**Astoria, NY 11106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$68,438.08** |
|---|---|---|---|

**Kudu Music Co. SGA**
**c/o The Songwriters**
**Guild of America**
**PO Box 2083**
**Nashville, TN 37202**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __PO Box 23710__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,027.81** |
|---|---|---|---|

**Music Press**
**7711 17th Street NW**
**Washington, DC 20012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$151,824.53** |
|---|---|---|---|

**Oconut Cords**
**16530 Ventura Blvd**
**# 305**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$729.05** |
|---|---|---|---|

**Sausage 69 Music (AMP)**
**16000 Ventura Blvd**
**Suite 600**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,340.21** |
|---|---|---|---|

**So Goode Music**
**Sheldon Goode**
**54 Poe Avenue**
**Newark, NJ 07106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Scion Four Music LLC**                                           Case number (if known) _____
        _____
        Name

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,323.11 |

**Ted Varnick Music Co.**
**c/o Songwriters**
**Guild of America**
**PO Box 2083**
**Brentwood, TN 37024**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,147.05 |

**Tripp Caimbridge**
**Neal Nowak**
**521 River Avenue**
**South Bend, IN 46601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,276.15 |

**Zabogaubhi Music**
**c/o Prager Metis CPAs LLC**
**41 Penn Plaza**
**18th Floor**
**New York, NY 10122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,331,398.59 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 1,331,398.59 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Scion Four Music LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** |
| State the term remaining — **Expires 12/31/2022** | **2 Point O Muzik**<br>**Andrew Jackson**<br>**2850 8th Avenue, Apt. 2G**<br>**New York, NY 10039** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** |
| State the term remaining — **Expires 12/31/2022** | **2 The Death**<br>**Patrick Gallo**<br>**104 South Central Avenue**<br>**Elmsford, NY 10523** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** |
| State the term remaining — **Expires 12/31/2022** | **Andrew R. Steward**<br>**1850 N. Natchez**<br>**Elmwood Park, IL 60707** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** |
| State the term remaining — **Expires 12/31/2022** | **Bashiri Music**<br>**36 Plaza Street**<br>**# 8D**<br>**Brooklyn, NY 11238** |
| List the contract number of any government contract | |

Debtor 1    **Scion Four Music LLC**                                Case number *(if known)* _____
           First Name        Middle Name        Last Name

■  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**Publishing Administration**

State the term remaining    **Expires 12/31/2022**

List the contract number of any government contract

**Diamond Krownz Kingdom**
**Jonathan Michael Rivera**
**191 Moremrere Avenue**
**Yonkers, NY 10704**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**Publishing Administration**

State the term remaining    **Expires 12/31/2024**

List the contract number of any government contract

**Downtown Music Publishing**
**155 6th Avenue**
**New York, NY 10013**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**Publishing Administration**

State the term remaining    **Expires 12/31/2022**

List the contract number of any government contract

**Gracie and Debra's Boy Mu**
**De Louie Avant, Jr.**
**183-20 145 Avenue**
**Springfield Gardens, NY 11413**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

**Publishing Administration**

State the term remaining    **Expires 12/31/2022**

List the contract number of any government contract

**Jacqueline Young**
**4367 Troost Avenue**
**Studio City, CA 91604**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

**Publishing Administration**

State the term remaining    **Expires 12/31/2022**

List the contract number of any government contract

**Jesse McMullen**
**pka Kuttah or Kutthecheck**
**234 S. Figuera Street**
**Los Angeles, CA 90012**

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

**Publishing Administation**

State the term remaining    **Life of Copyright**

**Keim and Keim Publishing**
**PO Box 38**
**Weld, ME 04285**

| Debtor 1 | **Scion Four Music LLC** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | List the contract number of any government contract | _____ | |
|---|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Lee Rock Music Co.** **Leroy O. Jackson II** **1156 Forest Avenue** **Suite 2B** **Bronx, NY 10456** |
| | List the contract number of any government contract | _____ | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Malinda Davora Music** **Jeffrey Lee Johnson Estat** **c/o Judith David, Admin** **1127 Westbury Road** **Jenkintown, PA 19046** |
| | List the contract number of any government contract | _____ | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Milton J. Randolph** **dba Music Press** **135 High Bluff Crt** **Winfield on the River** **Duluth, GA 30097** |
| | List the contract number of any government contract | _____ | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Music Press** **7711 17th Street NW** **Washington, DC 20012** |
| | List the contract number of any government contract | _____ | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Music Press** **Jennifer Randolph** **7711 17th Street NW** **Washington, DC 20012** |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | **Scion Four Music LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Publishing Administration** | |
| State the term remaining — **Expires 12/31/2022** | **Music World Entertainment Holdings, LLC** |
| List the contract number of any government contract | **1505 Hadly Street** **Houston, TX 77002** |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Publishing Administration** | |
| State the term remaining — **Expires 12/31/2022** | **Nate Rhoads** |
| List the contract number of any government contract | **380 Hulton Road** **Oakmont, PA 15139** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Publishing Administration** | |
| State the term remaining — **Expires 12/31/2022** | **Pascal Blais-Scherer** **55 Rue Lavalee** |
| List the contract number of any government contract | **Saint-Philippe QC** **JOL2KO, Canada** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Publishing Administration** | |
| State the term remaining — **Expires 12/31/2022** | **RPM Publishing** **Morris Joseph Tancredi** **6942 Dumesnil H1T 3R4** |
| List the contract number of any government contract | **Montreal, Quebec Cananda** |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest — **Publishing Administration** | |
| State the term remaining — **Expires 12/31/2022** | **Sausage 69 Music** **16000 Ventura Blvd** **Suite 600** |
| List the contract number of any government contract | **Encino, CA 91436** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest — **Publishing Administration** | |
| State the term remaining — **Expires 12/31/2022** | **So Goode Music** **Sheldon Goode** **54 Poe Avenue** **Newark, NJ 07106** |

| Debtor 1 | **Scion Four Music LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract _____ | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **World of Andy Music Inc**<br>**Andy Marvel**<br>**22 Riverside Drive**<br>**PH5B**<br>**New York, NY 10025** |
| | List the contract number of any government contract | _____ | |

**Fill in this information to identify the case:**

Debtor name  **Scion Four Music LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Larry Spier Music LLC** | **PO Box 254 Port Washington, NY 11050** | **Boston Scally Punk** | ☐ D _____ ■ E/F ___3.4___ ☐ G _____ |
| 2.2 | **Larry Spier Music LLC** | **PO Box 254 Port Washington, NY 11050** | **DeRose Music** | ☐ D _____ ■ E/F ___3.8___ ☐ G _____ |
| 2.3 | **Larry Spier Music LLC** | **PO Box 254 Port Washington, NY 11050** | **Kudu Music Co. SGA** | ☐ D _____ ■ E/F ___3.13___ ☐ G _____ |
| 2.4 | **Larry Spier Music LLC** | **PO Box 254 Port Washington, NY 11050** | **Harry Ruby (Busch Charles** | ☐ D _____ ■ E/F ___3.11___ ☐ G _____ |
| 2.5 | **Larry Spier Music LLC** | **PO Box 254 Port Washington, NY 11050** | **Harold Adamson Music** | ☐ D _____ ■ E/F ___3.10___ ☐ G _____ |

Debtor   **Scion Four Music LLC** _____   Case number _(if known)_ _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Larry Spier Music LLC** | PO Box 254 Port Washington, NY 11050 | **Ted Varnick Music Co.** | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.7 | **Memory Lane Music Group** | PO Box 254 Port Washington, NY 11050 | **Boston Scally Punk** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.8 | **Memory Lane Music Group** | PO Box 254 Port Washington, NY 11050 | **DeRose Music** | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.9 | **Memory Lane Music Group** | PO Box 254 Port Washington, NY 11050 | **Kudu Music Co. SGA** | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.10 | **Memory Lane Music Group** | PO Box 254 Port Washington, NY 11050 | **Harry Ruby (Busch Charles** | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.11 | **Memory Lane Music Group** | PO Box 254 Port Washington, NY 11050 | **Harold Adamson Music** | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.12 | **Memory Lane Music Group** | PO Box 254 Port Washington, NY 11050 | **Ted Varnick Music Co.** | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.13 | **Scion Three Music LLC** | PO Box 254 Port Washington, NY 11050 | **Boston Scally Punk** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |

Debtor    **Scion Four Music LLC**                                    Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**
Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 | **Scion Three Music LLC** | **PO Box 254 Port Washington, NY 11050** | **DeRose Music** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.15 | **Scion Three Music LLC** | **PO Box 254 Port Washington, NY 11050** | **Kudu Music Co. SGA** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.16 | **Scion Three Music LLC** | **PO Box 254 Port Washington, NY 11050** | **Harry Ruby (Busch Charles** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.17 | **Scion Three Music LLC** | **PO Box 254 Port Washington, NY 11050** | **Harold Adamson Music** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.18 | **Scion Three Music LLC** | **PO Box 254 Port Washington, NY 11050** | **Ted Varnick Music Co.** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Scion Four Music LLC**

United States Bankruptcy Court for the:   **EASTERN DISTRICT OF NEW YORK**

Case number (if known)  _____

☐ Check if this is an amended filing

<u>Official Form 207</u>

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $12,925.88 |
   | **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $102,456.37 |
   | **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | $304,406.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Debtor | Scion Four Music LLC | | Case number *(if known)* | |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Rich Michaelson Magaliff, LLP<br>335 Madison Avenue<br>9th Floor<br>New York, NY | $11,738 paid on 06.08.22 | $11,738.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Payments include $ 10,000 retainer for chapter 11 filing and $1,738 for court filing fee.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

   | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | Scion Four Music LLC | Case number *(if known)* | |

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **Fees paid on 06.08.2022. Payments include $1,738 for court filing fee.** | |
| | **Rich Michaelson Magaliff, LLP**<br>**335 Madison Avenue**<br>**9th Floor**<br>**New York, NY 10017** | | | **$11,738.00** |
| | **Email or website address**<br>**hmagaliff@r3mlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

Debtor  **Scion Four Music LLC**                                    Case number *(if known)*

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Capital One Bank** | **XXXX-6903** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **05/26/2022** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Scion Four Music LLC**                                Case number *(if known)* _____

☐ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Public Storage**<br>**1 Seaview Boulevard**<br>**Port Washington, NY 11050** | **Mark Spier** | **Files** | ☐ No<br>■ Yes |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor   **Scion Four Music LLC**                                          Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Nicole D. Feldman, CPA**<br>**An Accounting Corporation**<br>**1606 S Ogden Drive**<br>**Los Angeles, CA 90019** | **01.01.2012 - Present Time** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Spier** | | **Manager** | |

Debtor    **Scion Four Music LLC**                                                 Case number *(if known)*

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __June 13, 2022__

__/s/ Mark Spier__                                              __Mark Spier__
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    __CEO__

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of New York

In re   **Scion Four Music LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Memory Lane Music Group LLC**<br>**PO Box 254**<br>**Port Washington, NY 11050** | | | **100% of the equity** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 13, 2022**

Signature   **/s/ Mark Spier**

**Mark Spier**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of New York**

In re   **Scion Four Music LLC** _____    Case No. _____

                              Debtor(s)    Chapter   **11** _____


# <u>VERIFICATION OF CREDITOR MATRIX</u>


       The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.



Date:   **June 13, 2022** _____    **/s/ Mark Spier** _____
                                         **Mark Spier/CEO**
                                         Signer/Title


Date:   **June 13, 2022** _____    **/s/ Howard P. Magaliff** _____
                                         Signature of Attorney
                                         **Howard P. Magaliff**
                                         **Rich Michaelson Magaliff, LLP**
                                         **335 Madison Avenue**
                                         **9th Floor**
                                         **New York, NY 10017**
                                       **646.453.7851   Fax: 212.913.9642**

2 Point O Muzik
Andrew Jackson
2850 8th Avenue, Apt. 2G
New York, NY 10039


2 The Death
Patrick Gallo
104 South Central Avenue
Elmsford, NY 10523


All Shall Perish, Inc.
120 Village Square
Suite 83
Orinda, CA 94563


AM Sounds LLC
PO Box 261011
Los Angeles, CA 90026


Andrew R. Steward
1850 N. Natchez
Elmwood Park, IL 60707


Bashiri Music
36 Plaza Street
# 8D
Brooklyn, NY 11238


Beaucoup Bucks Music
16530 Ventura Blvd
# 305
Encino, CA 91436


Boston Scally Punk
213 West 35th Street
New York, NY 10001


Boyce Avenue Global
1950 Adelicia Street
# 300
Nashville, TN 37212

Che' Concepts
Cheryline Lim
11323 Houston Street
# 7
North Hollywood, CA 91601


Curtis J. Peoples
Curty P. Music
213 West 35th Street
New York, NY 10001


DeRose Music
c/o Songwriters
Guild of America
PO Box 2083
Brentwood, TN 37024


Diamond Krownz Kingdom
Jonathan Michael Rivera
191 Moremrere Avenue
Yonkers, NY 10704


Downtown Music Publishing
155 6th Avenue
New York, NY 10013


God Heat Entertainment
Marlin Bonds
1746 North Orange Drive
Apt. 1104
Los Angeles, CA 90028


Gracie and Debra's Boy Mu
De Louie Avant, Jr.
183-20 145 Avenue
Springfield Gardens, NY 11413


Harold Adamson Music
c/o Songwriters
Guild of America
PO Box 2083
Brentwood, TN 37024

Harry Ruby (Busch Charles
c/o Songwriters
Guild of America
PO Box 2083
Brentwood, TN 37024


Hollis Brown Compositions
32-11 Crescent Street
Astoria, NY 11106


Jacqueline Young
4367 Troost Avenue
Studio City, CA 91604


Jesse McMullen
pka Kuttah or Kutthecheck
234 S. Figuera Street
Los Angeles, CA 90012


Keim and Keim Publishing
PO Box 38
Weld, ME 04285


Kudu Music Co. SGA
c/o The Songwriters
Guild of America
PO Box 2083
Nashville, TN 37202


Larry Spier Music LLC
PO Box 254
Port Washington, NY 11050


Lee Rock Music Co.
Leroy O. Jackson II
1156 Forest Avenue
Suite 2B
Bronx, NY 10456


Malinda Davora Music
Jeffrey Lee Johnson Estat
c/o Judith David, Admin
1127 Westbury Road
Jenkintown, PA 19046

Memory Lane Music Group
PO Box 254
Port Washington, NY 11050

Milton J. Randolph
dba Music Press
135 High Bluff Crt
Winfield on the River
Duluth, GA 30097

Music Press
7711 17th Street NW
Washington, DC 20012

Music Press
Jennifer Randolph
7711 17th Street NW
Washington, DC 20012

Music World Entertainment
Holdings, LLC
1505 Hadly Street
Houston, TX 77002

Nate Rhoads
380 Hulton Road
Oakmont, PA 15139

Oconut Cords
16530 Ventura Blvd
# 305
Encino, CA 91436

Pascal Blais-Scherer
55 Rue Lavalee
Saint-Philippe QC
JOL2KO, Canada

RPM Publishing
Morris Joseph Tancredi
6942 Dumesnil H1T 3R4
Montreal, Quebec Cananda

Sausage 69 Music
16000 Ventura Blvd
Suite 600
Encino, CA 91436


Sausage 69 Music (AMP)
16000 Ventura Blvd
Suite 600
Encino, CA 91436


Scion Three Music LLC
PO Box 254
Port Washington, NY 11050


So Goode Music
Sheldon Goode
54 Poe Avenue
Newark, NJ 07106


Ted Varnick Music Co.
c/o Songwriters
Guild of America
PO Box 2083
Brentwood, TN 37024


Tripp Caimbridge
Neal Nowak
521 River Avenue
South Bend, IN 46601


World of Andy Music Inc
Andy Marvel
22 Riverside Drive
PH5B
New York, NY 10025


Zabogaubhi Music
c/o Prager Metis CPAs LLC
41 Penn Plaza
18th Floor
New York, NY 10122

# United States Bankruptcy Court
### Eastern District of New York

In re    **Scion Four Music LLC**
_____
                                    Debtor(s)

Case No. _____

Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Scion Four Music LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Memory Lane Music Group LLC**
**PO Box 254**
**Port Washington, NY 11050**
_____

☐ None [*Check if applicable*]

**June 13, 2022**
_____
Date

**/s/ Howard P. Magaliff**
_____
**Howard P. Magaliff**
Signature of Attorney or Litigant
Counsel for    **Scion Four Music LLC**
_____
**Rich Michaelson Magaliff, LLP**
**335 Madison Avenue**
**9th Floor**
**New York, NY 10017**
**646.453.7851 Fax:212.913.9642**
**hmagaliff @r3mlaw.com**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  Scion Four Music LLC                    **CASE NO.:** _____

     Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:          JUDGE:  **Alan S. Trust**    DISTRICT/DIVISION:  **Eastern District of New York**

DEBTOR NAME:  **Larry Spier Music LLC**

CASE STILL PENDING (Y/N):          **Y**                *[If closed]* Date of closing:

  CURRENT STATUS OF RELATED CASE: _____
                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:  **Affiliate** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2. CASE NO.:  **22-70838-ast**    JUDGE:  **Alan S. Trust**    DISTRICT/DIVISION:  **Eastern District of New York**

DEBTOR NAME:  **Memory Lane Music Group LLC**

CASE STILL PENDING (Y/N):          **Y**                *[If closed]* Date of closing:

  CURRENT STATUS OF RELATED CASE: _____
                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:  **Parent Company** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.: **22-71407**    JUDGE: **Alan S. Trust**    DISTRICT/DIVISION: **Eastern District of New York**

DEBTOR NAME: **Scion Three Music LLC**

CASE STILL PENDING (Y/N): **Y**              [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: _____
                                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): **Affiliate Company** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Howard P. Magaliff**
_____
**Howard P. Magaliff**
Signature of Debtor's Attorney
**Rich Michaelson Magaliff, LLP**
**335 Madison Avenue**
**9th Floor**
**New York, NY 10017**
**646.453.7851 Fax:212.913.9642**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.